IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                    )<br>       Plaintiff, )<br>                                    )<br>vs. )<br>                                    )<br>JERONIMO JUAREZ-CASTENADA, )<br>                                    )<br>       Defendant. ) | Case No. 15-05033-01-CR-SW-MDH |

## ORDER

Before the Court is Defendant's *Pro Se* Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Defendant was sentenced on February 17, 2016 to 156 months imprisonment following a guilty plea for possession with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A). Under 18 U.S.C. § 3582(c)(2), a court may reduce a previously-imposed sentence for a "defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission." 18 U.S.C.A. § 3582. In 2023, the Sentencing Commission promulgated Amendment 821, which, in relevant part, allows for a reduction in offense level for certain offenders who lack criminal history points at the time of sentencing. USSG § 4C1.1. In the present case, § 4C1.1 does not apply to Defendant, however, as he received a criminal history point at the time of sentencing. (PSR ¶¶ 25-26). Defendant also received a two-level enhancement for possessing firearms at the time of the offense, thereby also rendering him ineligible for relief under § 4C1.1. Defendant's Motion to Reduce Sentence is, therefore, **DENIED**.

1

**IT IS SO ORDERED**.

DATED: May 28, 2024					*/s/ Douglas Harpool*
							**DOUGLAS HARPOOL**
							**UNITED STATES DISTRICT JUDGE**